IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13C114 |
| vs. | ) | |
| | ) | ORDER |
| VICTOR ACERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the motion to continue trial [60] as counsel needs additional time to investigate the case and discuss a resolution.  Counsel also informs the court he will be out of the country the month of June.  The government has filed an objection to the continuance [62]  The defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the objection to continue trial [62] is denied and the motion to continue trial [60] is granted, as follows:

1. The jury trial now set for June 4, 2013 is continued to **July 23, 2013.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 23, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED May 16, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**