IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR114 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| VICTOR ACERO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Document Number 91), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against Victor Acero.

IT IS ORDERED that the Motion to Dismiss the Indictment against defendant Victor Acero (Document Number 91) is granted.

Dated this 16th day of September, 2013.

BY THE COURT:

LAURIE SMITH CAMP
Chief United States District Judge